IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HENRY F. POCAN,

                Plaintiff,                              ORDER

      v.                                          10-cv-592-bbc

DEBORAH MCCULLOCH,
SGT. PATTY JONES and
LLOYD SINCLAIRE,

                Defendants.

---

      This is a civil rights case removed from Juneau County Circuit Court and brought under 42 U.S.C. § 1983. Plaintiff Henry Pocan, a patient civilly committed under Wisconsin's Sexually Violent Persons Law, Wis. Stat. ch. 980, contends that defendants violated his constitutional rights by limiting his access to religious materials and his freedom of speech. On April 12, 2011, plaintiff submitted a letter requesting an extension of the discovery and witness list deadlines in this case. Plaintiff's request is construed as a motion for extension of time. His motion will be denied as unnecessary.

      According to the pretrial conference order entered on November 19, 2010, the discovery cutoff is October 14, 2011 and the deadline for disclosure of trial witnesses is October 17, 2011. Since those deadlines are several months away, it is too early for the court to consider extending them. Plaintiff is advised, however, that he should be conducting his discovery right now in order to ensure that he obtains the information that he needs to support his claims. Plaintiff should refer to the November 19, 2010 pretrial conference order so that he is aware of all the deadlines in this case.

ORDER

IT IS ORDERED that plaintiff Henry Pocan's motion for an extension of time, dkt. 7, is DENIED as unnecessary.

Entered this 2nd day of May, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge