IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HENRY F. POCAN,

    Plaintiff,

v.

DEBORAH MCCULLOCH,
SGT. PATTY JONES and LLOYD SINCLAIR,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-592-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Deborah McCulloch, Sgt. Patty Jones and Lloyd Sinclair dismissing plaintiff Henry F. Pocan's claims under the First Amendment and the Religious Land Use and Institutionalized Persons Act and dismissing his state law claims without prejudice to refiling in state court and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                  Date

8/24/11